JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890
John M. Nolan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY GREGORIOU<br>36-19 Ditmars Boulevard<br>Astoria, NY 11105<br><br>         Plaintiff,<br><br>v.<br><br>HELLMANN WORLDWIDE LOGISTICS, INC.<br>10450 Doral Boulevard<br>Miami, FL 33178<br><br>         Defendant. | CIVIL ACTION NO. 07 cv 9821<br><br>**DEFENDANT'S FED. R. CIV. P. 7.1<br>DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant Hellmann Worldwide Logistics, Inc. ("Defendant") hereby certifies that:

1. Hellmann International Forwarders, GMBH owns 100% of Defendant, the non-governmental corporate party in the above listed action.

Respectfully submitted,

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890

By:   /s/John M. Nolan

Dated: February 14, 2008