JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890
John M. Nolan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY GREGORIOU<br>36-19 Ditmars Boulevard<br>Astoria, NY 11105<br><br>    Plaintiff,<br><br>v.<br><br>HELLMANN WORLDWIDE LOGISTICS, INC.<br>10450 Doral Boulevard<br>Miami, FL 33178<br><br>    Defendant. | CIVIL ACTION NO. 07 cv 9821<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that true and correct copies of of Defendant Hellman Worldwide Logistics, Inc's (1) Answer and Affirmative Defenses; (2); Fed. R. Civ. P. 7.1 Disclosure Statement; and (3) this certificate of service have been filed electronically on this 14th day of February, 2008, and are available for viewing and downloading from the ECF system.

By: /s/ John M. Nolan

ATTORNEYS FOR DEFENDANT

77777 pleading003-cos