UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY GREGORIOU<br><br>Plaintiff,<br><br>v.<br><br>HELLMAN WORLDWIDE LOGISTICS, INC.<br><br>Defendant. | CASE NO. 07-CV-9821<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Adam C. Virant, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Jeremy M. Cerutti
> Karpf, Karpf, and Virant, P.C.
> 3070 Bristol Pike
> Building 2, Suite 231
> Bensalem, PA 19020
> Tel: 215.639.0801
> Fax: 215.639.4970

Jeremy M. Cerutti is a member in good standing of the Bar of the States of New Jersey and Pennsylvania. There are no pending disciplinary proceedings against Jeremy M. Cerutti in a state or Federal Court.

Dated: May 7, 2008

Respectfully submitted,

KARPF, KARPF & VIRANT, P.C.

_____
Adam C. Virant (AV5429)
140 Broadway, 46th Floor
New York, NY 10005

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY GREGORIOU<br><br>Plaintiff,<br><br>v.<br><br>HELLMAN WORLDWIDE LOGISTICS, INC.<br><br>Defendant. | CASE NO. 07-CV-9821<br><br>AFFIDAVIT OF<br>ADAM C. VIRANT<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL PRO<br>HAC VICE |

State of Pennsylvania )
                      ) ss:
County of Bucks       )

Adam C. Virant, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Karpf, Karpf and Virant and counsel for Plaintiff in the above-referenced matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeremy M. Cerutti as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

3. I have known Jeremy M. Cerutti since October of 2006.

4. Jeremy M. Cerutti is an Associate attorney with Karpf, Karpf and Virant.

5. I have found Mr. Cerutti to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeremy M. Cerutti, pro hac vice.

7. A Certificate of Good Standing issued to Mr. Cerutti by the Pennsylvania Bar is attached hereto as Exhibit A.

8. I respectfully submit a proposed order granting the admission of Jeremy M. Cerutti, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Jeremy M. Cerutti, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: May 7, 2008

Respectfully submitted,

KARPF, KARPF & VIRANT, P.C.

_____
Adam C. Virant (AV5429)
140 Broadway, 46th Floor
New York, NY 10005

Sworn and subscribe before me
on this ___ day of
_____, 2008

_____
NOTARY PUBLIC

NOTARIAL SEAL
KRISTIN L SUTHERLAND
Notary Public
BENSALEM TWP, BUCKS COUNTY
My Commission Expires Jan 7, 2012

# Exhibit A

Case 1:07-cv-09821-NRB    Document 6    Filed 06/04/2008    Page 4 of 8



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jeremy Michael Cerutti, Esq.*

DATE OF ADMISSION

*December 13, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 29, 2008

_____
Patricia A. Johnson
Chief Clerk

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY GREGORIOU | CASE NO. 07-CV-9821 |
| Plaintiff, | |
| v. | **ORDER FOR ADMISSION** |
| | **PRO HAC VICE** |
| HELLMAN WORLDWIDE LOGISTICS, INC. | **ON WRITTEN MOTION** |
| Defendant. | |

Upon the motion of Adam C. Virant, attorney for Larry Gregoriou, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

> Jeremy M. Cerutti
> Karpf, Karpf and Virant, P.C.
> 3070 Bristol Pike
> Building 2, Suite 231
> Bensalem, PA 19020

is admitted to practice *pro hac vice* as counsel for Plaintiff, Larry Gregoriou, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of thisCourt, including the Rules governing discipline of attorneys. If this action is assigned to The Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF Password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated this _____day of _____, 2008.

_____
J.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY GREGORIOU<br><br>Plaintiff,<br><br>v.<br><br>HELLMAN WORLDWIDE LOGISTICS, INC.<br><br>Defendant. | CIVIL ACTION<br><br>No.: 07-CV-9821 |

**CERTIFICATE OF SERVICE**

I certify on the date set forth below that I served Defendant with Plaintiff's Motion to Admit Counsel Pro Hac Vice to Defendant at the following address via first-class mail.

John M. Nolan, Esq.
Jackson Lewis LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960

Adam C. Virant (AV5429)
140 Broadway, 46th Floor
New York, NY 10005

Dated: June 2, 2008