USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LARRY GREGORIOU | : | |
| | : | CASE NO. 07-CV-9821 |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER FOR ADMISSION** |
| | : | **PRO HAC VICE** |
| HELLMAN WORLDWIDE LOGISTICS, | : | **ON WRITTEN MOTION** |
| INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

Upon the motion of Adam C. Virant, attorney for Larry Gregoriou, and said

sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Jeremy M. Cerutti
Karpf, Karpf and Virant, P.C.
3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020

is admitted to practice *pro hac vice* as counsel for Plaintiff, Larry Gregoriou, in

the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of

thisCourt, including the Rules governing discipline of attorneys. If this action is assigned

to The Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

Password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk

of Court.

Dated this _____ day of _____, 2008.

J.