

**KARPF KARPF & VIRANT**
ATTORNEYS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

# MEMO ENDORSED

140 Broadway
46th Floor
New York, NY 10005
Tel: (212) 929-6030
Fax: (212) 929-6123
avirant@karpf-law.com

July 30, 2008

Honorable Naomi R. Buchwald, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RECEIVED IN CHAMBERS
NAOMI REICE BUCHWALD

JUL 31 2008

UNITED STATES DISTR..

Re: Gregoriou v. Hellman Worldwide Logistics, Inc.
Civil Action No. 07-9821

Dear Judge Buchwald:

I am submitting this letter with the consent of counsel for Defendant to request an extension of the discovery deadline in this matter for an additional 30 days until September 5, 2008. This is the parties first request for an extension and it is anticipated that no further extensions will be needed. The current discovery deadline for this matter is August 6, 2008, and this extension of time will not affect any other deadlines as no other deadlines have been scheduled by Your Honor. The purpose for this request is that, due to scheduling difficulties, several depositions in this matter had not taken place but are currently to occur on August 8th and 12th.

I remain available by telephone should Your Honor require any further information regarding this request.

Thank you.

Respectfully submitted,

Adam C. Virant
Attorney for Plaintiff

SO ORDERED

The Honorable Naomi R. Buchwald, U.S.D.J.
8/7/08

cc: John M. Nolan, Esq.

MEMO ENDORSED

Pennsylvania · New Jersey · New York